■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE HUNTER, Appellant. [786 NYS2d 137]—

Judgment, Supreme Court, Bronx County (William I. Mogulescu, J.), rendered July 19, 2002, convicting defendant, after a nonjury trial, of manslaughter in the second degree, and sentencing him, as a second felony offender, to a term of 7½ to 15 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the court's determinations concerning credibility (see *People v Gaimari*, 176 NY 84, 94 [1903]). We note that the testimony of the eyewitness was corroborated by medical evidence. The evidence established that defendant acted recklessly by both punching and kicking the victim in the head, and that this reckless course of conduct, viewed as a whole, caused the victim's death (see *People v Quinones*, 177 AD2d 519 [1991], *lv denied* 79 NY2d 862 [1992]).

We perceive no basis for reducing the sentence. Concur—Nardelli, J.P., Andrias, Sullivan, Williams and Friedman, JJ.